THE HALLSTROM LAW FIRM, PLLC
Kyle Hallstrom (No. 026259)
1221 E. Osborn Road Suite 101
Phoenix, AZ 85016
Telephone: (602) 732-5530
Email: kyle@hallstromlawfirm.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin McMillen,<br><br>        Plaintiff,<br><br>    v.<br><br>The Hallstrom Law Firm, PLLC and Kyle Hallstrom<br><br>        Defendants. | Case No.: 2:20-cv-01900-DMF<br><br>**ANSWER OF DEFENDANTS** |

    Defendants The Hallstrom Law Firm PLLC ("HLF") and Kyle Hallstrom ("Hallstrom") hereby answer the Complaint of Kevin McMillen as follows:

    1.    Denied.

    2.    Admitted.

    3.    Admitted that venue is proper.  Denied any improper conduct occurred within the District.

    4.    Admitted.

    5.    Admitted.

    6.    Admitted.

    7.    Admitted.

1      8.      Admitted.

2      9.      Admitted.

3      10.      Admitted.

4      11.      Admitted.

5      12.      Admitted.

6      13.      Admitted.

7      14.      Admitted.

8      15.      Admitted.

9      16.      Admitted.

10      17.      Admitted.

11      18.      Admitted.

12      19.      Admitted.

13      20.      Admitted.

14      21.      Admitted.

15      22.      Admitted as to HLF, denied as to Hallstrom.

16      23.      Admitted as to HLF, denied as to Hallstrom.

17      24.      Defendants are presently without sufficient information to admit or deny this allegation, and therefore deny it. Defendants affirmatively allege Hallstrom did not personally participate in procuring the report.

25.      Defendants are presently without sufficient information to admit or deny this allegation, and therefore deny it. Defendants affirmatively allege Hallstrom did not personally participate in procuring the report.

26.      Defendants are presently without sufficient information to admit or deny this allegation, and therefore deny it. Defendants affirmatively allege Hallstrom did not personally participate in procuring the report.

27.      Defendants are presently without sufficient information to admit or deny this

allegation, and therefore deny it. Defendants affirmatively allege Hallstrom did not personally participate in procuring the report.

28. Denied.

29. Denied.

30. Admitted.

31. Defendants incorporate their responses to the preceding paragraphs.

32. Defendants are presently without sufficient information to admit or deny this allegation, and therefore deny it. Defendants affirmatively allege Hallstrom did not personally participate in procuring the report.

33. Defendants are presently without sufficient information to admit or deny this allegation, and therefore deny it. Defendants affirmatively allege Hallstrom did not personally participate in procuring the report.

34. Denied.

35. Defendants incorporate their responses to the preceding paragraphs.

36. Defendants are presently without sufficient information to admit or deny this allegation, and therefore deny it. Defendants affirmatively allege Hallstrom did not personally participate in procuring the report.

37. Defendants are presently without sufficient information to admit or deny this allegation, and therefore deny it. Defendants affirmatively allege Hallstrom did not personally participate in procuring the report.

38. Denied.

39. Denied.

40. Defendants affirmatively allege that the consumer report was requested not by Hallstrom, but by an employee of Hallstrom Law Firm on their own initiative and on the good faith and genuine belief that requesting that report was appropriate and lawful under the circumstances.

41. Defendants further affirmatively allege that McMillen made no effort to assert or resolve this dispute prior to filing litigation, and for two months has failed to respond to repeated requests to articulate his affirmative demand or engage in settlement discussions. Without admitting liability in any way, Defendants affirmatively allege that if McMillen is ultimately proven to be entitled to an award of attorneys' fees, his failure to engage in even bare minimum efforts to resolve this short of litigation prior to or in the early stages of litigation should be considered in determining the reasonableness of any attorneys' fees sought.

42. All allegations not specifically admitted or otherwise responded to are denied.

RESPECTFULLY SUBMITTED this December 1, 2020.

THE HALLSTROM LAW FIRM, PLLC

By */s/ Kyle Hallstrom*
Kyle Hallstrom
Defendant/Attorney for HLF

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2020, I electronically filed and mailed the attached document and its exhibits to the following counsel:

Floyd W. Bybee
Bybee Law Center, PLC
90 S. Kyrene Road, Suite 5
Chandler, AZ 85226-4687
floyd@bybeelaw.com


/s/ *Kyle Hallstrom*

- 4 -