IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin McMillen,<br><br>Plaintiff,<br><br>v.<br><br>Hallstrom Law Firm, PLLC, et al.,<br><br>Defendants. | No.  CV-20-1900-PHX-DMF<br><br><br><br>**ORDER** |

Pursuant to the parties' Stipulation of Dismissal with Prejudice (Doc. 26), and good cause shown,

**IT IS HEREBY ORDERED** granting the parties' Stipulation of Dismissal with Prejudice (Doc. 26).

**IT IS FURTHER ORDERED** dismissing this matter with prejudice, each party to bear its own costs and attorney's fees.

Dated this 9th day of April, 2021.

_____
Honorable Deborah M. Fine
United States Magistrate Judge